# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Alexander, Gregory B | Case Number: 08 B 00325 |
|---|---|---|
| | Alexander, Deborah A | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 8, 2009
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,305.00 |  |
| Secured: |  | 300.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,855.75 |
| Trustee Fee: |  | 149.25 |
| Other Funds: |  | 0.00 |
| Totals: | 2,305.00 | 2,305.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,700.00 | 1,855.75 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Aaron Rents | Secured | 672.00 | 175.00 |
| 4. | City Of Chicago | Secured | 249.11 | 125.00 |
| 5. | Wilshire Credit Corp | Secured | 11,238.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 3,218.41 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 90.11 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 50.59 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 77.59 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 62.13 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 217.96 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 25.88 | 0.00 |
| 14. | Midnight Velvet | Unsecured | 35.01 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 96.13 | 0.00 |
| 16. | Midland Credit Management | Unsecured | 105.17 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 84.76 | 0.00 |
| 18. | MCI | Unsecured | 21.88 | 0.00 |
| 19. | Capital One Auto Finance | Unsecured | 805.52 | 0.00 |
| 20. | Unlimited Prepaid | Unsecured | 30.39 | 0.00 |
| 21. | Jefferson Capital Systems LLC | Unsecured | 40.16 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 6.40 | 0.00 |
| 23. | Asset Acceptance | Unsecured | 76.13 | 0.00 |
| 24. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 25. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 26. | Acar Premium Finance Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Alexander, Gregory B | Case Number: 08 B 00325 |
|---|---|---|
| | Alexander, Deborah A | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/8/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Affiliated Radiologist | Unsecured | | No Claim Filed |
| 28. | Automated Transaction Corp | Unsecured | | No Claim Filed |
| 29. | Circuit Court of Cook County | Unsecured | | No Claim Filed |
| 30. | Chase | Unsecured | | No Claim Filed |
| 31. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 32. | City Of Chicago | Unsecured | | No Claim Filed |
| 33. | Daily Southtown | Unsecured | | No Claim Filed |
| 34. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 35. | Inovision | Unsecured | | No Claim Filed |
| 36. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 37. | Sprint | Unsecured | | No Claim Filed |
| 38. | St Francis Hospital | Unsecured | | No Claim Filed |
| | | | $ 19,903.33 | $ 2,155.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 2.86 |
| 6.5% | 146.39 |
| | $ 149.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

